JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DIGITAL SPECTRUM SOLUTIONS, INC., | Case No. SACV 07-745-JVS (AJWx) |
| *Plaintiff and counterclaim defendant,* | **FINAL JUDGMENT** |
| vs. | Judge:   Hon. James V. Selna |
| WESTINGHOUSE DIGITAL ELECTRONICS, LLC, | |
| *Defendant and counterclaimant.* | |

# FINAL JUDGMENT

WHEREAS, on February 25, 2008, the Court GRANTED Defendant Westinghouse Digital Electronics, LLC's motion for summary judgment [D.E. 21] in the above-captioned lawsuit and held that Defendant is entitled as a matter of law to summary judgment of non-infringement [D.E. 39];

WHEREAS, the Court directed counsel for Defendant to prepare, serve and submit forthwith, proposed forms of judgment [D.E. 39];

Accordingly, it is hereby ORDERED and ADJUDGED that:

1.  Judgment is entered for Defendant Westinghouse Digital Electronics, LLC and against Plaintiff Digital Spectrum Solutions, Inc. that Defendant has not in the past infringed, and is not now infringing U.S. Patent No. 6,826,863;

2.  All remaining claims are dismissed without prejudice as moot;

3.  In accordance with Fed. R. Civ. P. 54(b), there is no just reason for delay of entry of this Final Judgment;

4.  As the prevailing party, Westinghouse Digital Electronics, LLC is awarded costs to be taxed by the Clerk in the amount of $ _____.

IT IS SO ORDERED.

Dated:  April 15, 2008

_____
James V. Selna
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY AND ON BEHALF OF:

Dated: March 26, 2008

By:   */s/ Andrew B. Grossman*

Evan Finkel
evan.finkel@pillsburylaw.com
Andrew B. Grossman
andrew.grossman@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa St., Suite 2800
Los Angeles, CA 90017-5406
Tel: (213) 488-7100
Fax: (213) 226-4058

Attorneys for Defendant
WESTINGHOUSE DIGITAL
ELECTRONICS, LLC