AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___CENTRAL DISTRICT OF CAL___ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>SACV07-0745 JVS | DATE FILED | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>DIGITAL SPECTRUM SOLUTIONS, INC. | | DEFENDANT<br>CBS CORPORATION, AND DOES 1 THROUGH 20 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,826,863 | 12/7/2004 | DIGITAL SPECTRUM SOLUTIONS, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED 2007 JUN 25 PM 3:52

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DOCKETED ON CM    JUL - 3 2008

DECISION/JUDGEMENT

Judgment

BY  074

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>L. Wagers | DATE<br>8-25-08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DIGITAL SPECTRUM SOLUTIONS, INC., | Case No. SACV 07-745-JVS (AJWx) |
| *Plaintiff and counterclaim defendant,* | **FINAL JUDGMENT** |
| vs. | Judge:   Hon. James V. Selna |
| WESTINGHOUSE DIGITAL ELECTRONICS, LLC, | |
| *Defendant and counterclaimant.* | |

# FINAL JUDGMENT

WHEREAS, on February 25, 2008, the Court GRANTED Defendant Westinghouse Digital Electronics, LLC's motion for summary judgment [D.E. 21] in the above-captioned lawsuit and held that Defendant is entitled as a matter of law to summary judgment of non-infringement [D.E. 39];

WHEREAS, the Court directed counsel for Defendant to prepare, serve and submit forthwith, proposed forms of judgment [D.E. 39];

Accordingly, it is hereby ORDERED and ADJUDGED that:

1.  Judgment is entered for Defendant Westinghouse Digital Electronics, LLC and against Plaintiff Digital Spectrum Solutions, Inc. that Defendant has not in the past infringed, and is not now infringing U.S. Patent No. 6,826,863;

2.  All remaining claims are dismissed without prejudice as moot;

3.  In accordance with Fed. R. Civ. P. 54(b), there is no just reason for delay of entry of this Final Judgment;

4.  As the prevailing party, Westinghouse Digital Electronics, LLC is awarded costs to be taxed by the Clerk in the amount of $ _____.

IT IS SO ORDERED.

Dated: April 15, 2008

_____
James V. Selna
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY AND ON BEHALF OF:

Dated: March 26, 2008

By:   */s/ Andrew B. Grossman*

Evan Finkel
evan.finkel@pillsburylaw.com
Andrew B. Grossman
andrew.grossman@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa St., Suite 2800
Los Angeles, CA 90017-5406
Tel: (213) 488-7100
Fax: (213) 226-4058

Attorneys for Defendant
WESTINGHOUSE DIGITAL
ELECTRONICS, LLC